412

CARMEN S. ZARELLI, PLAINTIFF-APPELLANT, v. OPERA-
TIVE PLASTERERS' AND CEMENT MASONS' LOCAL NO.
699 OF CAMDEN, NEW JERSEY, ANTHONY LaTORRE,
SR., MARY LaTORRE, ANTHONY LaTORRE, JR., AND
ALPHONSE LaTORRE, DEFENDANTS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Submitted October 29, 1973—Decided November 9, 1973.

Before Judges LEONARD, ALLCORN and CRAHAY.

*Mr. Carlton W. Rowand,* attorney for the appellant.

*Tomar, Parks, Seliger, Simonoff & Adourian,* attorneys
for the respondents (*Messrs David Seliger* and *Robert F.
O'Brien,* of counsel).

PER CURIAM. It is settled that an action by a union mem-
ber against the union and its officers asserting wrongful in-

terference with "existing or prospective employment relations", is not cognizable in the state courts; that such matters have been pre-empted by the Federal government by virtue of the National Labor Relations Act, 29 *U. S. C.* § 151 *et seq.; Iron Workers Union v. Perko,* 373 *U. S.* 701, 705, 83 S. Ct. 1429, 10 L. Ed. 2d 646 (1963); *Association of Journeymen v. Borden,* 373 *U. S.* 690, 83 S. Ct. 1423, 10 L. Ed. 2d 638 (1963); *Motor Coach Employees v. Lockridge,* 403 *U. S.* 274, 295–297, 91 S. Ct. 1909, 29 L. Ed. 2d 473 (1971).

Affirmed.